# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE DANIEL ROBINSON,<br><br>    Petitioner,<br><br>    v.<br><br>ATASCADERO STATE HOSPITAL,<br><br>    Respondent. | Case No. CV 22-6835 JFW (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

    IT IS ORDERED that the Petition is denied and Judgment shall be entered dismissing this action without prejudice.

\\
\\
\\
\\

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his address of record.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: December 28, 2022

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE