JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE DANIEL ROBINSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ATASCADERO STATE HOSPITAL,<br><br>　　　　　Respondent. | Case No. CV 22-6835 JFW (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice for lack of jurisdiction.

DATED:  December 28, 2022

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE